UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:14-cr-83 |
| vs. | ) | |
| | ) | |
| WILLIAM BASS | ) | COLLIER/CARTER |

## MEMORANDUM AND ORDER

The defendant appeared for a hearing before the undersigned on June 2, 2015, in accordance with Rule 46(c) of the Federal Rules of Criminal Procedure and 18 U.S.C. §§ 3143 and 3148 on the Petition for Action on Conditions of Pretrial Release. Those present for the hearing included:

(1) An Asst. United States Attorney (AUSA) for the Government.
(2) The defendant.
(3) Attorney Gianna Maio for defendant.

After being sworn in due form of law, the defendant was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution.

The Petition for Action on Conditions of Pretrial Release alleges the defendant may have violated the conditions of his release by failing a drug screen; however, the Court determined that a report is soon to be received from FMC Lexington finding defendant not competent to stand trial. The defendant will be required to report to a medical facility to determine if he can be restored to competence. The defendant will be allowed to remain on the same conditions of bond pending further order of the Court and will be required to report for drug testing whenever required by the probation office but no less than two times per week pending his return to a medical facility, at which time the drug testing requirement will be removed. Therefore, the Court DENIES the petition to revoke defendant's bond.

SO ORDERED.

ENTER.

S /*William B. Mitchell Carter*
UNITED STATES MAGISTRATE JUDGE