UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 1:14-CR-83 |
| vs. | ) |
| | ) Judge Curtis L. Collier |
| WILLIAM BASS | ) |

**O R D E R**

On July 28, 2015, United States Magistrate Judge William B. Carter recommended, based on the results of a preliminary mental evaluation, that Defendant William Bass be found not competent to stand trial, and that he be committed to the custody of the Attorney General for evaluation and treatment in an attempt to restore competency. (Doc. 97.) This Court adopted that recommendation on October 28, 2015. (Doc. 119.)

On May 5, 2016, United States Magistrate Judge Christopher H. Steger filed a report and recommendation (the "R&R"), pursuant to 28 U.S.C. § 636(b) and Fed. R. Crim. P. 59(b) (Doc. 133), recommending the Court find Defendant's competency to stand trial has been restored. The magistrate judge based this recommendation on evidence received at a hearing on April 17, 2016, including a forensic report and testimony by Dr. Angela Walden Weaver and Dr. Tracy O'Connor Pennuto. These witnesses testified that "[alt]hough Mr. Bass endorsed symptoms of severe psychotic disturbance, his presentation was inconsistent with that endorsement, and his reports of memory problems and dementia were not supported by testing or behavioral observations." (Doc. 133 at 5.) Neither Defendant nor the Government has objected to the R&R within the given fourteen days. *See* Fed. R. Crim. P. 59(b)(2).

The Court therefore **ACCEPTS** and **ADOPTS** Magistrate Judge Steger's R&R (Doc. 133) and **DETERMINES** that Defendant is competent to understand the nature and

consequences of the proceedings against him; that he is able to assist in his defense; and that he is capable of understanding and entering a plea.

The Court further **ORDERS** that the scheduling order in this case be modified as follows:

(1) The trial of this matter is set for **9:00 a.m. on Monday, June 20, 2016**;

(2) The final pretrial conference is set for **4:00 p.m. on Thursday, June 9, 2016;** and

(3) The plea negotiation and motions deadline is set for **Tuesday, June 7, 2016**.

The parties shall be prepared to commence trial at **9:00 a.m.** on the assigned date. If this case is not heard at 9:00 a.m. on the date assigned, it will be held in line pending notification from the Court. Any subpoenas previously served in this matter will remain in full force and effect for the new trial date. The parties shall be responsible for notifying their witnesses of the new trial date and this Order.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**